UNITED STATES OF AMERICA
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**NEWARK**                                             December 17, 2010
**Judge Chesler**
**COURT REPORTER: KASHMER**                 Docket No: **01-4677**

# TITLE OF CASE
THOMAS & BETTS CORP

v.

RICHARDS MANUFACTURING CO., et al

**APPEARANCE:**
Same

**NATURE OF PROCEEDINGS:**
Trial with jury continued at 9:30 A.M...  All parties present.  Jury present
Jury resumed deliberations at 10:00  a.m.
Jury returned at 10:25 a.m. for further instructions
Jury retired at 10:45 a.m. to resume deliberations
Ordered lunch for 8 jurors at the government's expense from Queen Pizza
Jury Note #11
Jury returned for further instructions at 1:30 p.m.
Jury retired at 1:35 p.m. to resume deliberations
VERDICT PART 1 at 2:25 p.m.
Jury not polled
Jury retired at 2:26 p.m.
Jury returned for further instructions at 3:15 p.m.
Charge by Court as to punitive damages
Stipulation read into the record
Summations by defendant
Summations by plaintiff
Jury resumed deliberations at 4:00 p.m.
VERDICT PART II at 4:30 p.m.

Ordered jury polled and concurred with verdict rendered

Ordered all exhibits returned to counsel

Ordered trial with jury adjourned at 4:45 p.m.

| | |
|---|---|
| 9:30 a.m. to 10:00 | 30 min |
| 10:25 a.m. to 10:45 a.m. | 20 min |
| 1:30 p.m. to 1:35 p.m. | 5 min |
| 2:25 p.m. to 2:26 p.m. | 1 min |
| 3:15 p.m. to 4:00 p.m. | 45 min |
| 4:30 p.m. to 4:45 p.m. | 15 min |

Total Time: 2.0 hours

**s/Theresa C. Trivino, Senior Coutroom Deputy/Court Specialist**