CL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS & BETTS CORPORATION, | CIVIL ACTION |
| | Civil Action No. 01 CV 4677 |
| Plaintiff, | |
| | Honorable Stanley R. Chesler |
| v. | |
| | |
| RICHARDS MANUFACTURING COMPANY, BLEEMA MANUFACTURING CORPORATION, and GLENN J. LUZZI, | |
| | |
| Defendants. | |

## FINAL JUDGMENT

This matter having been tried before the Hon. Stanley R. Chesler and a jury as to Amended Counterclaim[1] 5 (misappropriation of confidential information/breach of duty of loyalty); and the jury on December 17, 2010, having returned in open court and in the presence of counsel its verdict, awarding $2 million in compensatory damages against all defendants, $3 million in punitive damages against defendants Richards Manufacturing Company and Bleema

---

[1] At the time the complaint was filed, Thomas & Betts Corporation was named as defendant, and its claims were asserted as counterclaims. The court subsequently realigned the parties (Docket no. 193) to their present configuration, as reflected in the caption above, in which Thomas & Betts is the plaintiff.

Manufacturing Corporation, and $50,000 in punitive damages against defendant Glenn J. Luzzi; and good cause appearing therefor:

IT IS, this 11th day of January, 2011

ORDERED AND ADJUDGED, in accordance with Rule 58, Fed. R. Civ. P., as follows:

1. Compensatory damages are awarded against all defendants, Richards Manufacturing Company, Bleema Manufacturing Corporation, and Glenn J. Luzzi, jointly and severally, in the amount of **two million dollars ($2,000,000.00)**.

2. Punitive damages are awarded against defendants Richards Manufacturing Company and Bleema Manufacturing Corporation only, jointly and severally, in the amount of **three million dollars ($3,000,000.00)**.

3. Punitive damages are awarded against defendant Glenn J. Luzzi only, in the amount of **fifty thousand dollars ($50,000.00)**.

4. Pursuant to N.J. Ct. R. 4:42-11, prejudgment interest is awarded, running from October 4, 2001, to the date of entry of final judgment, in the amount of $977,777.96.

5. In accordance with paragraphs 1 through 4, above, the total responsibility of each defendant for the judgment is as follows:

a. Defendants Richards Manufacturing Company and Bleema Manufacturing Corporation:

| | | |
|---|---|---|
| (i) | Compensatory damages (¶1) - | $2,000,000.00, plus |
| (ii) | Prejudgment interest (¶4) - | $977,777.16 plus |
| (iii) | Punitive damages (¶2) - | $3,000,000.00 |
| | TOTAL - | $5,977,777.96 |

b. Defendant Glenn J. Luzzi:

| | | |
|---|---|---|
| (i) | Compensatory damages (¶1) - | $2,000,000.00, plus |
| (ii) | Prejudgment interest (¶4) - | $977,777.96 plus |
| (iii) | Punitive damages (¶3) - | $50,000.00 |
| | TOTAL - | $3,027,777.96 |

c. The compensatory and prejudgment interest components apply collectively to all defendants, jointly and severally. The punitive damages components apply only to the particular defendants against which such punitive damages were assessed.

6. The Complaint is hereby dismissed in its entirety with prejudice.

7. Amended Counterclaims 1, 2, 3, 4 and 6 of Thomas & Betts Corporation (formerly defendant, now plaintiff) are hereby dismissed with prejudice.

8. Costs shall be taxed in accordance with Fed. R. Civ. P. 54 and Local Civil Rule 54.1 in favor of the Plaintiff, Thomas & Betts Corporation, and against

the Defendants, Richards Manufacturing Company, Bleema Manufacturing Corporation, and Glenn J. Luzzi, jointly and severally.

9. Post-judgment interest shall accrue at the applicable rate from the date of entry of this judgment in final form until such judgment is satisfied.

_____
Hon. Stanley R. Chesler
United States District Judge